HENRY POWELL V. THE STATE.

No. 24111. October 20, 1948.

Hon. J. A. Starling, Judge Presiding.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted for having in his possession whisky in a container to which no tax stamp showing that the tax on said beverage had been paid was attached and his punishment was assessed at a fine of One Hundred Dollars.

The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review and judgment is affirmed.